JACK TATIK, Respondent, v. MIEHLE-GOSS-DEXTER, INCORPORATED, Appellant, et al., Defendants.

Concur — Stevens, J. P., Eager, Steuer, Tilzer and McNally, JJ.